80,068-02

TDC# 1824940

Demetrius Williams                    Feb 3, 2015

Tr. ct. No. 1308742-B          WR-80,068-02

    To whom it may concern I am writing about the 11.07 Writ of Habeas Corpus I filed. I did a amendment to add more to it but I dont know if you got the memorandum I also filed with it. If not can you add the memorandum in TR.ct.No. 1308742-A to the amended version in 1308742-B.

                    Sincerly
            Demetrius Williams

PS. CAN you please notify me when you recieved this letter, cause IVe been having problems with people messing with my mail.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk